IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DARRELL PIAPOT, JR, as PARENT AND GUARDIAN AD LITEM OF S.P., a minor,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CV 21–15–M–DWM<br><br><br>ORDER |

On September 24, 2021, the parties filed a stipulation of dismissal indicating they had settled the case. (Doc. 13.) Supplemental information was required, however, because this case involves a minor plaintiff and any settlement requires Court approval. *Robidoux v. Rosengren*, 638 F.3d 1177, 1181 (9th Cir. 2011); *see also* Fed. Civ. P. 17(c). Subsequently, the parties moved for approval of the settlement and submitted supporting documentation, including a brief outlining the settlement and comparing it to those of other children involved in the accident; a state court order approving the settlement; a stipulation for compromise and release; a crash report; accident photographs; medical records and bills; and a Medicaid lien release. (*See* Doc. 16 attachments.) Having reviewed the parties'

1

submissions,

IT IS ORDERED that the parties' motion to approve settlement is GRANTED and the settlement in the case is APPROVED.

IT IS FURTHER ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE. All pending motions are MOOT and all deadlines are VACATED. The bench trial set for January 18, 2022, is VACATED.

DATED this 30th day of September, 2021.

_____
Donald W. Molloy, District Judge
United States District Court